AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BIHARY, JOYCE | U.S. BANKRUPTCY COURT | 05/31/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. BANKRUPTCY JUDGE | ☐ Nomination   Date <br> ☐ Initial   ☐ Annual   ☑ Final <br> 5b. ☐   Amended Report | 01/01/2011 <br> to <br> 05/31/2012 |

**7. Chambers or Office Address**

1431 U.S. Courthouse
75 SPRING STREET, S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee - Trust #1 | See E-1 |
| 2. | Trustee - Trust #2 | See E-1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Income from retirement plan |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BIHARY, JOYCE** | 05/31/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Waiver of seminar fees - April 2011 | $695.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Suntrust Bank | Mortgage on rental property (condo) in Atlanta, GA | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. | | | | | | | | | |
| 2. Vornado Realty, LP | A | Dividend | J | T | | | | | |
| 3. Deposit Accounts - Bank of America | B | Interest | K | T | | | | | |
| 4. Rental Condo, Atlanta, GA | | None | N | W | | | | | |
| 5. Condo, Brookline, MA | | None | | | Sold | 05/04/11 | M | | |
| 6. II. | | | | | | | | | |
| 7. Fidelity Municipal MM Fund | C | Dividend | | | Sold | 08/11/11 | M | | |
| 8. US Treasury Notes 4.5 Due 11/30/11 | A | Interest | | | Matured | 11/30/11 | K | | |
| 9. US Treasury Notes 5.125 due 6/30/11 | A | Interest | | | Matured | 06/30/11 | K | | |
| 10. US Treasury Notes 4.875 due 7/31/11 | A | Interest | | | Matured | 07/31/11 | K | | |
| 11. Forsyth County School District Bond (due 7/1/15) | B | Interest | | | Redeemed | 07/01/11 | L | | |
| 12. Fulton County Bldg. Auth. Judicial Center (due 1/1/12) | | None | | | Redeemed | 01/01/12 | K | | |
| 13. Henry County Water & Sewer Bond (Due 2/1/16) | B | Interest | L | T | | | | | |
| 14. State of Georgia G.O. Bond (due 11/1/14) | B | Interest | | | Redeemed | 11/01/11 | L | | |
| 15. Atl. Urban Res. Fin. Auth. (due 10/1/16) | | None | K | T | | | | | |
| 16. Atl. Urban Res. Fin. Auth. (due 10/1/16) | | None | J | T | | | | | |
| 17. Ga State Higer Ed. (6/15/28) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cobb County Ga. Water/Sewer Imp. Bonds (due 8/1/15) | | None | L | T | | | | | |
| 19. Fulton County Building Authority (due 1/1/11) | | None | | | Redeemed | 01/01/11 | K | | |
| 20. Atl GA 4.125 due 12/1/18 | | None | J | T | | | | | |
| 21. Cherokee Co. S.D.G.O. due 8/1/15 | A | Interest | K | T | | | | | |
| 22. Decatur Sch. H.S. Bldg. Authority 4% 10/1/19 | A | Interest | K | T | | | | | |
| 23. Dekalb Hospital Auth. 5% due 11/15/29 | A | Interest | L | T | Buy | 01/04/11 | L | | |
| 24. U.S. Treasury Strips | | None | K | T | | | | | |
| 25. Fidelity Reserves (MM) | A | Dividend | | | Sold | 08/01/11 | M | | |
| 26. UBS Liquid Assets Fund | A | Interest | M | T | Buy | 08/11/11 | M | | |
| 27. U.S. Treasury 0% 8/15/12 | | None | K | T | | | | | |
| 28. U.S. Treasury Notes 4.5% due 11/15/15 | | None | K | T | | | | | |
| 29. Permamnet Portfolio (PRPFX) | | None | L | T | Sold (part) | 01/18/12 | L | C | |
| 30. | | | | | Buy | 04/11/12 | K | | |
| 31. Atlanta Devel. Auth. Bond 4.5 due 7/1/27 | A | Interest | L | T | | | | | |
| 32. Vanguard Spec. Port. Div.Appre. (VIG) | B | Dividend | | | Sold | 01/18/12 | M | E | |
| 33. I shares MSCI Australia Index Fund (EWA) | A | Dividend | J | T | Sold (part) | 01/18/12 | K | A | |
| 34. | | | | | Buy | 04/11/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. I Shares MSCI Canada Index Fund (EWC) | A | Dividend | J | T | Sold (part) | 01/18/12 | K | A | |
| 36. | | | | | Buy | 04/11/12 | J | | |
| 37. I shares Trust S & P 500 Index (IVV) | B | Dividend | K | T | Buy | 08/09/11 | M | | |
| 38. | | | | | Sold | 01/18/12 | M | E | |
| 39. | | | | | Buy | 04/11/12 | K | | |
| 40. Vanguard High Div Yld (VYM) | B | Dividend | L | T | Buy | 11/25/11 | L | | |
| 41. | | | | | Sold (part) | 01/18/12 | K | C | |
| 42. Delaware Diversified Income Fund (DPDFX) | A | Dividend | K | T | Buy | 01/18/12 | K | | |
| 43. Ishares Russell 2000 Index Fund (IWM) | A | Dividend | L | T | Buy | 01/18/12 | L | | |
| 44. | | | | | Buy | 04/11/12 | J | | |
| 45. Cullen High Div. (CHDEX) | C | Dividend | M | T | Buy | 01/18/12 | M | | |
| 46. | | | | | Buy | 04/11/12 | K | | |
| 47. Blackrock Global Allocation (MDLOX) | A | Dividend | L | T | Buy | 01/18/12 | L | | |
| 48. | | | | | Buy | 04/11/12 | K | | |
| 49. Pimco Total Return Fund (PTTAX) | A | Dividend | K | T | Buy | 01/18/12 | K | | |
| 50. Oppenheimer Dev. Markets (ODMAX) | A | Dividend | L | T | Buy | 01/18/12 | L | | |
| 51. | | | | | Buy | 04/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle Global Fund | B | Dividend | L | T | Buy | 1/18/12 | L | | |
| 53. | | | | | Buy | 04/11/12 | K | | |
| 54. Fidelity Advisor New Insights | B | Dividend | M | T | Buy | 01/18/12 | M | | |
| 55. | | | | | Buy | 04/11/12 | K | | |
| 56. Powershares Commodity Index (DBC) | | None | K | T | Buy | 01/19/12 | K | | |
| 57. | | | | | Buy | 04/11/12 | J | | |
| 58. Franklin Templeton Bond FUnd (TPINX) | A | Dividend | K | T | Buy | 01/19/12 | K | | |
| 59. Fort Mutual European (TEMIX) | A | Dividend | J | T | Buy | 01/19/12 | J | | |
| 60. I shares Trust Russell 1000 Growth (IWF) | B | Dividend | M | T | Buy | 01/19/12 | M | | |
| 61. | | | | | Buy | 04/11/12 | K | | |
| 62. Ishares Trust Russell 1000 Value (IWD) | A | Dividend | K | T | Buy | 01/19/12 | K | | |
| 63. | | | | | Buy | 04/11/12 | J | | |
| 64. I sharesTrust Russell Midcap Index (IWR) | A | Dividend | L | T | Buy | 01/19/12 | L | | |
| 65. | | | | | Buy | 04/11/12 | K | | |
| 66. Vanguard MSCI Europe ETF (VGK) | A | Dividend | J | T | Buy | 01/19/12 | J | | |
| 67. I shares TrustS&P 500 (IVV) | B | Dividend | | | Buy | 08/09/11 | M | | |
| 68. | | | | | Sold | 01/18/12 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Grow Vipers (VUG) | A | Dividend | | | Buy | 03/18/11 | M | | |
| 70. | | | | | Sold | 01/18/12 | M | C | |
| 71. | | | | | | | | | |
| 72. III. | | | | | | | | | |
| 73. Fidelity Municipal MM Fund | A | Dividend | K | T | | | | | |
| 74. Fidelity Reserves (MM) | A | Dividend | K | T | | | | | |
| 75. Atl. Urban Res. Fin. Auth. (due 10/1/16) | | None | J | T | | | | | |
| 76. Clarke County Hospital Revenue Bonds (due 1/1/13) | | None | K | T | | | | | |
| 77. Cobb Kennestone Hospital Bond (due 8/1/15) | | None | J | T | Redeemed (part) | 02/01/11 | J | A | |
| 78. Ga. State Road & Tollway Bonds (10/1/2015) | | None | L | T | | | | | |
| 79. Forsyth County Water & Sewer (due 2/1/16) | A | Interest | K | T | | | | | |
| 80. Gwinnett County Water & Sewer - due 8/1/15 | A | Interest | K | T | | | | | |
| 81. Atl GA 4.125 due 12/1/18 | | None | J | T | | | | | |
| 82. Henry County Water & Sewer (due 2/1/18) | A | Interest | K | T | | | | | |
| 83. Peachtree City Water & Sewer (due 3/1/16) | B | Interest | K | T | | | | | |
| 84. State of Ga. G.O. (due 11/1/18) | B | Interest | L | T | | | | | |
| 85. State of Ga. (Due 5/1/17) | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ga. State High Ed. (6/15/28) | B | Interest | L | T | | | | | |
| 87. U.S. Treasuries (8/15/12) (0%) | | None | K | T | | | | | |
| 88. U.S. Treasuries | | None | | | Matured | 01/01/11 | K | | |
| 89. U.S. Treasuries (11/15/15) (4.5%) | | None | K | T | | | | | |
| 90. Cherokee County School G.O. 4.1% 8/1/15 | A | Interest | K | T | | | | | |
| 91. Vanguard Short Term (VFSTX) | D | Dividend | | | Sold | 03/25/11 | M | D | |
| 92. Permanent Portfolio (PRPFX) | C | Dividend | M | T | | | | | |
| 93. Atlanta Devel. Auth. 7/2027 | A | Interest | K | T | | | | | |
| 94. I Shares MSCI Australia (EWA) | B | Dividend | K | T | Sold (part) | 08/01/11 | J | B | |
| 95. I Shares MSCI Canada (EWC) | A | Dividend | K | T | Sold (part) | 08/01/11 | J | B | |
| 96. I Shares Trust Russell 2000 (IWM) | B | Dividend | L | T | Buy | 03/25/11 | L | | |
| 97. I Shares Trust Russell 1000 (IWD) | B | Dividend | L | T | Buy | 03/25/11 | K | | |
| 98. I Shares Trust Russell (IWF) | C | Dividend | M | T | Buy | 01/13/12 | L | | |
| 99. Vanguard Int'l Equity Index (VGK) | A | Dividend | | | Sold | 01/13/12 | L | | |
| 100. Vanguard High Div. Yield (VYM) | C | Dividend | M | T | Buy | 01/13/12 | L | | |
| 101. American Century Equity Income (TWEIX) | B | Dividend | | | Sold | 01/18/12 | M | D | |
| 102. Fidelity Advisor New Insights (FNIAX) | A | Dividend | M | T | Buy | 01/13/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BIHARY, JOYCE | 05/31/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fort Mutual European A (TEMIX) | A | Dividend | K | T | Sold (part) | 01/10/12 | K | | |
| 104. Oppenheimer Developing Markets ()DMAX) | C | Dividend | M | T | Buy | 02/25/11 | K | | |
| 105. Delaware Diversified Income (DPDFX) | C | Interest | L | T | Sold (part) | 03/30/11 | M | | |
| 106. Fort Templeton Global FUnd (TPINX) | C | Interest | M | T | Sold (part) | 03/02/11 | K | D | |
| 107. Pimco Total Return (PTTAX) | D | Interest | L | T | Sold (part) | 07/27/11 | M | D | |
| 108. Powershares DB Commodity Index (DBC) | B | Dividend | M | T | Buy | 03/30/11 | K | | |
| 109. Blackrock Global Allocation (MDLOX) | C | Dividend | M | T | | | | | |
| 110. First Eagle Global (SGENX) | C | Dividend | M | T | | | | | |
| 111. Fidelity Strategic Income | B | Dividend | N | T | Buy | 04/05/11 | N | | |
| 112. | | | | | Sold (part) | 04/16/12 | J | A | |
| 113. T Rowe Spectrum Income | C | Dividend | M | T | Buy | 04/04/11 | M | | |
| 114. Fulcrum Equity Partners | | None | M | T | Buy | 03/15/12 | M | | |
| 115. Apple | | None | L | T | Buy | 04/16/12 | L | | |
| 116. IShares Trust Russell Midcap | B | Dividend | M | T | Buy | 08/01/11 | M | | |
| 117. Cullen High Div. Equity | C | Dividend | M | T | Buy | 02/09/12 | M | | |
| 118. | | | | | | | | | |
| 119. IV. Trust #1 - See Note 1 in Part VIII | F | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - U.S. Treasury Notes (2/15/11) | | | | | Matured | 02/15/11 | K | | |
| 121.  - Transportation Alliance Bank, Utah, Cert. of Deposit | | | | | Matured | 03/01/11 | K | | |
| 122.  - Vanguard Treas. Money Market | | | | | | | | | |
| 123.  - Vanguard GNMA Admiral Shares | | | | | | | | | |
| 124.  - Vanguard Short Term Inv. Grade AdmiralShares | | | | | Buy | 02/14/11 | N | | |
| 125.  - T Rowe Price Spectrum Fund | | | | | Buy | 02/15/11 | N | | |
| 126.  - Vanguard High Div.Yield | | | | | Buy | 02/15/11 | K | | |
| 127. | | | | | Buy | 03/25/11 | K | | |
| 128.  - Vanguard S &P 500 Index | | | | | Buy | 02/15/11 | L | | |
| 129. | | | | | Buy | 03/25/11 | K | | |
| 130. | | | | | | | | | |
| 131.  V. Trust #2 - See Note 1 in Part VIII | E | Int./Div. | O | T | | | | | |
| 132.  - Fidelity US Treas. Money Market | | | | | | | | | |
| 133.  - Vanguard GNMA (VFIIX) | | | | | Sold | 02/15/11 | K | | |
| 134.  - Fidelity Strategic Income FSICX | | | | | Buy | 02/15/11 | N | | |
| 135.  - Blackrock Global MCLOX | | | | | Buy | 03/02/11 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BIHARY, JOYCE** | 05/31/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Explanations to Part VII - Investments and Trusts

1. These are trusts

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JOYCE BIHARY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544